(79 South. 629)

ULLMAN BROS. v. STATE. (7 Div. 969.)

(Supreme Court of Alabama. June 20, 1918.)

CERTIORARI ⊚⟳39—TIME OF APPLICATION— RULES OF COURT.

A petition for certiorari, filed June 13, 1918, reciting that the application for rehearing in the Court of Appeals was overruled May 28, 1918, will be dismissed as not being made within 15 days after overruling the application for rehearing by the Court of Appeals, as required by Supreme Court Rule 42 (198 Ala. xiv, 77 South. vii).

Certiorari to Court of Appeals.

Petition by Ullman Bros. against the State for certiorari. Petition dismissed.

Knox, Acker, Dixon & Sterne, of Anniston, for appellant. Hugh Reed, of Center, for the State.

ANDERSON, C. J. The petition in this case was filed June 13, 1918, and recites that the application for rehearing in the Court of Appeals was overruled May 28, 1918 (16 Ala. App. 526, 79 South. 625). The petition was not, therefore, made to this court within 15 days after overruling the application for rehearing by the Court of Appeals, as required by Supreme Court Rule 42 (198 Ala. xiv, 77 South. vii), and must be dismissed.

Petition dismissed.

MAYFIELD, SOMERVILLE, and THOMAS, JJ., concur.

---

⊚⟳For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes